N. MICHAEL RUCKA, 37672
RUCKA, O'BOYLE, LOMBARDO & McKENNA
245 W. Laurel Drive
Salinas, CA 93906
Telephone No. 831-443-1051

Attorney for Applicant

IN THE UNITED STATES DISRICT COURT OF
THE NOTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/19/07*

| | |
|---|---|
| Gregory L. Smith,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br><br>Defendants. | CIVIL NO.: 06-01922 RMW<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |

IT IS HEREBY STIPULATD by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of 60 days, or from December 5, 2006 (including days for service) to February 5, 2007, in which to file his Motion for Summary Judgment and/or Remand. This is Plaintiff's first request for an extension for this filing.

RUCKA, O'BOYLE, LOMBARDO & McKENNA

DATED: December 5, 2006

_/s/ N. Michael Rucka_
N. MICHAEL RUCKA
Attorney for Plaintiff

Date: December 5, 2006

Kevin V. Ryan
United States Attorney

By _____
Sara Winslow
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: ___1/19/07___

_Ronald M. Whyte_
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT