**United States District Court**
For the Northern District of California

E-FILED on:    9/29/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY L. SMITH, | No. C-06-01922 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED:    9/29/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT No. C-06-01922 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

James Hunt Miller                    jim_miller0@yahoo.com

**Counsel for Defendants:**

Sara Winslow                         sara.winslow@usdoj.gov
Peter Thompson                       peter.thompson@ssa.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     9/29/09                              TER
                                         **Chambers of Judge Whyte**